

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

_____

## No. 08-26-00080-CV
_____

In the Interest of L.D.D. and D.D., Children

---

On Appeal from the 360th District Court

Tarrant County, Texas

Trial Court No. 36023859296

---

## MEMORANDUM OPINION

Appellant's brief was originally due on April 24, 2026. *See* Tex. R. App. P. 38.6(a) (governing time to file brief). On April 29, 2026, the Clerk of this Court notified Appellant that his brief was late and warned Appellant that this appeal might be dismissed after May 9, 2026, unless he filed a brief or a motion for extension of time to file a brief by that date. Appellant responded by filing a motion for extension of time to file his brief on May 7, 2026. We granted that motion and ordered Appellant's brief due on June 6, 2026. On June 10, 2026, the Clerk of this Court again notified Appellant that his brief was late and warned Appellant that this appeal might be dismissed after June 20, 2026, unless he filed a brief or a motion for extension of time to file a brief by that

date. *See* Tex. R. App. P. 38.8(a) (authorizing dismissal of appeal for failure to timely file a brief). Appellant did not adequately respond to the notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b). We dismiss any pending motions as moot.

LISA J. SOTO, Justice

June 26, 2026

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.